Document ID: e724d81b636b278dc595181303365756f03406ec69447b8e2f0e2ebf25dd8c73

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Louis Medina Grullon                  **BK NO. 26-02150**
       Louis Medina Grullon fka Jose Luis
Medina Grullon                                **Chapter 7**
       Nancy Medina  fka Nancy Payano Reyes
De Medina
                 **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
05 Aug 2026, 09:15:08, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322