**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Louis Medina Grullon                    BK NO. 26-02150
     Louis Medina Grullon fka Jose Luis
Medina Grullon                                 Chapter 7
     Nancy Medina fka Nancy Payano Reyes
De Medina
          Debtor(s)


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


        Respectfully submitted,

/s/ *Maggie Soboleski*
Maggie Soboleski
05 Aug 2026, 09:15:08, EDT


        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

Document ID: e724d81b636b278dc595181303365756f03406ec69447b8e2f0e2ebf25dd8c73