Certificate Number: 17572-PAM-DE-041393358

Bankruptcy Case Number: 26-02150

17572-PAM-DE-041393358

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2026, at 10:00 o'clock PM PDT, Nancy Medina completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 31, 2026

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor